UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SACRAMENT COLLECTIVE PENTECOSTAL CHURCH, INC,

Plaintiff,

v.

COUNTY OF SANTA CRUZ, et al.,

Defendants.

Case No. 19-cv-02729-PJH

**ORDER TO SHOW CAUSE**

Plaintiff's counsel Matthew Scott Pappas in the above-entitled matter having failed to appear at the case management conferences on June 15, 2023 and July 27, 2023, and defendant having appeared at those proceedings in compliance with the court's orders,

THE COURT hereby issues an ORDER TO SHOW CAUSE why monetary sanctions should not be imposed on Mr. Pappas for failure to attend the case management conference on July 27, 2023. Mr. Pappas shall file a response to this order on or before August 4, 2023.

Additionally, Mr. Pappas is advised that each attorney of record is obligated to become an ECF user and to keep his account information current. Civ. L.R. 5-1. Plaintiff's contact information is not current in ECF. Mr. Pappas is directed to make current all of his contact information, including the correct telephone number, email address, and mailing address. Counsel may do so by accessing the court's ECF website

/ / /

/ / /

and navigating to Utilities > Your Account > Maintain Your Account in ECF.[1]

**IT IS SO ORDERED.**

Dated:  July 27, 2023

---

PHYLLIS J. HAMILTON
United States District Judge

---

[1] Procedures and instructions for using the court's ECF system consistent with the Local Rules may also be found on the Court's ECF webpage at cand.uscourts.gov/cases-efiling/cm-ecf.  The ECF webpage contains instructions, a user manual, tutorials, and an extensive listing of Frequently Asked Questions, among other items.  The ECF webpage also lists an email address and toll-free number for inquiries.