UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SACRAMENT COLLECTIVE
PENTECOSTAL CHURCH, INC,

       Plaintiff,

    v.

COUNTY OF SANTA CRUZ, et al.,

       Defendants.

Case No.  19-cv-02729-PJH

**ORDER IMPOSING SANCTIONS**

Re: Dkt. No. 28

      Plaintiff's counsel Matthew Scott Pappas in the above-entitled matter failed to appear at the case management conferences on June 15, 2023 and July 27, 2023.  On July 27, 2023, this court issued an order to show cause why monetary sanctions should not be imposed on Mr. Pappas for failure to attend the case management conference on July 27, 2023, with a response deadline of August 4, 2023.  Mr. Pappas was also directed to make his ECF account information current pursuant to Civ. L.R. 5-1.  Mr. Pappas has not responded to the order to show cause, and the deadline to do so has passed.

      Accordingly, in view of Mr. Pappas's failure to comply with this court's order to show cause, Mr. Pappas is ORDERED to pay $300 in civil contempt sanctions to the Clerk of Court no later than October 27, 2023.  Additionally, counsel must notify his client of this sanction order so that plaintiff may consider whether it wishes to continue with current counsel.

      **IT IS SO ORDERED.**

Dated:  October 3, 2023

_____
PHYLLIS J. HAMILTON
United States District Judge

United States District Court
Northern District of California