UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENT COLLECTIVE PENTECOSTAL CHURCH, INC, <br><br>Plaintiff, <br><br>v. <br><br>COUNTY OF SANTA CRUZ, et al., <br><br>Defendants. | Case No. 19-cv-02729-PJH <br><br>**JUDGMENT** |

  The issues having been duly heard and the court having granted defendants' motion for summary judgment,

  it is Ordered and Adjudged

  that judgment is hereby entered in favor of defendants and against plaintiff.

  **IT IS SO ORDERED.**

Dated: October 31, 2023

/s/ Phyllis J. Hamilton
_____
PHYLLIS J. HAMILTON
United States District Judge