UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENT COLLECTIVE PENTECOSTAL CHURCH, INC, <br> Plaintiff, <br> v. <br> COUNTY OF SANTA CRUZ, et al., <br> Defendants. | Case No. 19-cv-02729-PJH <br><br> **ORDER VACATING SANCTIONS ORDER** <br><br> Re: Dkt. No. 35 |

On October 3, 2023, this court ordered plaintiff's counsel Matthew Scott Pappas to pay $300 in civil contempt sanctions to the Clerk of Court for his failure to appear at a court-ordered case management conference or to otherwise respond to an Order to Show Cause issued after a second non-appearance.  Dkt. 35.  The sanction remains unpaid.  However, given that judgment has been entered in favor of defendants and that the time for appeal has run with no appeal having been filed, and in the interest of bringing closure to this matter, the order imposing sanctions is hereby VACATED.

**IT IS SO ORDERED.**

Dated:  December 4, 2023

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge